IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21CR223 |
| | § | Judge Mazzant |
| JOSEPH BLAKE MORENO (44) | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the defendant, **Joseph Blake Moreno,** and the government have entered into a plea in relation to the charges now pending before this Court.

Respectfully submitted,

ABE MCGLOTHIN, JR.
ACTING UNITED STATES ATTORNEY

*/s/*
HEATHER RATTAN
Assistant United States Attorney
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
Heather.Rattan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on April 29, 2025.

*/s/*
HEATHER RATTAN
Assistant United States Attorney

Notice of Plea Agreement
Page 1